# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAVID DANIELS**
**ADC #137484**                                                                             **PLAINTIFF**

**V.**               **CASE NO. 5:12CV00253 BSM/BD**

**S. WILLIAMS, Warden, Tucker Unit**
**Arkansas Department of Correction et al.**                              **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, this case is hereby dismissed, without prejudice.

IT IS SO ORDERED this 29th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE